IT IS SO ORDERED

*S/Peter C. Economus*
PETER C. ECONOMUS   12/22/05
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
05 DEC 22 PM 12: 00
US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| RICHARD CAMPOLITO, ET AL. ) | CASE NO. 4:02CV1793 |
| ) | |
| Plaintiffs ) | JUDGE PETER C. ECONOMUS |
| ) | Magistrate Judge George J. Limbert |
| v. ) | |
| ) | **STIPULATION** |
| PRO INSURANCE AGENCY, INC., ) | |
| ET AL. ) | |
| Defendants ) | |

Plaintiffs' claims against Defendant IAC Securities, Inc. have been settled and are hereby dismissed with prejudice. This settlement and dismissal with Defendant IAC Securities, Inc. does not in any manner release, discharge, or affect issues of liability or damages as as to Plaintiffs' claims against Pro Insurance Agency, Inc., John Propkop, Lisa Marie Tokarsky, or any other persons excepting that they shall receive a credit for the monies paid in this settlement.

APPROVED:

_____
Michael P. Marando
Attorney for Plaintiffs

_____
Edward A. Lavelle
Attorney for Defendants
Pro Insurance Agency, Inc.,
John Prokop, and Lisa Marie Tokarsky

_____
Megan Witzel,
Attorney for Defendant
IAC Securities, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
05 DEC 22 PM 12:00
CLERK, U DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| RICHARD CAMPOLITO, ET AL. | ) | CASE NO. 4:02CV1793 |
| Plaintiffs | ) | JUDGE PETER C. ECONOMUS |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | **STIPULATION** |
| PRO INSURANCE AGENCY, INC., ET AL. | ) | |
| Defendants | ) | |

Plaintiffs' claims against Defendant IAC Securities, Inc. have been settled and are hereby dismissed with prejudice. This settlement and dismissal with Defendant IAC Securities, Inc. does not in any manner release, discharge, or affect issues of liability or damages as as to Plaintiffs' claims against Pro Insurance Agency, Inc., John Propkop, Lisa Marie Tokarsky, or any other persons excepting that they shall receive a credit for the monies paid in this settlement.

APPROVED:

_____
Michael P. Marando
Attorney for Plaintiffs

_____
Edward A. Lavello
Attorney for Defendants
Pro Insurance Agency, Inc.,
John Prokop, and Lisa Marie Tokarsky

_____
Megan Witzel,
Attorney for Defendant
IAC Securities, Inc.