**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **RICHARD CAMPOLITO,** *et al.* ) | **CASE NO. 4 :02 CV 01793** |
| ) | |
| **PLAINTIFFS** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **v.** ) | |
| ) | |
| **PRO INSURANCE AGENCY, INC.,** ) | |
| *et al.* ) | |
| ) | **ORDER** |
| ) | |
| **DEFENDANTS** ) | |

This matter is before the court upon the Report and Recommendation issued by United States Magistrate Judge George Limbert on December 22, 2005. See (Dkt. # 105).

Rule 72(b) of the Federal Rules of Civil Procedure provides that an objection to a report and recommendation must be filed within ten (10) days after service. See FED. R. CIV. P. 72(b). The parties have not filed any objections to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation of the Magistrate Judge. The Court determines that the Report and Recommendation is well-supported in fact and law. The Court therefore orders that the Report and Recommendation of Magistrate Judge Limbert is hereby **ADOPTED**.

Accordingly, the Court hereby orders that this matter is **STAYED** until April 24,

2006. Magistrate Judge Limbert's schedule shall govern this case upon the lifting of the stay.

    **IT IS SO ORDERED.**

                                              /s/ Peter C. Economus- January 24, 2006
                                              **PETER C. ECONOMUS**
                                              **UNITED STATES DISTRICT JUDGE**.